# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Patent Armory Inc.,**  Plaintiff,  v.  **Purdue University Global, Inc.,**  Defendant. | Case No. 1:24-cv-01138-MN  Patent Case  Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patent Armory Inc. hereby dismisses this action **without prejudice**. Defendant Purdue University Global, Inc. has not yet answered the Complaint or moved for summary judgment.

Date: February 5, 2025        Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

1

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

**SO ORDERED** this 5th day of February 2025.

_____
**The Honorable Maryellen Noreika**
**United States District Judge**